CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tracy Travis<br><br>Plaintiff(s)<br>v.<br>Barclays Bank Delaware, et al.<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-00947-MWC-MBK<br><br>**MEDIATION REPORT** |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): **November 21, 2025**.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).
   ☐ Did not appear as required by L.R. 16-15.5(b).
   　☐ Plaintiff or plaintiff's representative failed to appear.
   　☐ Defendant or defendant's representative failed to appear.
   　☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on **November 21, 2025** (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: **November 22, 2025**　　　　　　　　　　/s/ Frank Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Mediator

　　　　　　　　　　　　　　　　　　　　　　　　**Frank Kaplan**
　　　　　　　　　　　　　　　　　　　　　　　　Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*